### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 28  
**IP Address:** 98.116.101.253  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 712F1BEECBA814B319EE16CBDAD7C380E9E2B6C0<br>File Hash: 14591B87156AA8D653949B8065FE439DDD840637D64169623F2D52190C13EFF5 | 07-24-2021 01:19:30 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 2 | Info Hash: C2E04255710FAF8378E0EBEDA314D8264450AC68<br>File Hash: F3A7178968C7E6AFAE96001C3594388A11A737871AC37713BA06D55FD54BE9F6 | 07-24-2021 01:19:22 | Vixen | 03-25-2017 | 06-05-2017 | PA0002050771 |
| 3 | Info Hash: FC95974CFD0C0326D01A0CAD4215D4289C7EFD71<br>File Hash: C67F6AEF1C2BA71AD70F390ED010D2D7BD4B4348637EE4FD6EBCE3B1587A4D7F | 07-23-2021 22:14:51 | Vixen | 07-03-2017 | 07-07-2017 | PA0002070827 |
| 4 | Info Hash: FD928994BB900C0D711D62EB937A56C97C5AE985<br>File Hash: 50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 07-23-2021 21:14:50 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 5 | Info Hash: A7671D9A943B4580C4CA097645722A9860A70621<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 07-23-2021 21:00:17 | Vixen | 12-30-2018 | 01-22-2019 | PA0002147900 |
| 6 | Info Hash: 807F407D94E9D91A368B24C5EEA7DBA5FF438450<br>File Hash: D943838169F687983C51D99B78B93FB6D4D251BDE2517567121B281ED22D6A04 | 07-23-2021 20:59:55 | Vixen | 06-28-2017 | 07-07-2017 | PA0002070828 |
| 7 | Info Hash: 007275AD7AE1B816AB1DB29AD5473FFFA9216347<br>File Hash: 9D1225046E196471953A112509237D4791E59A162B676818C34A8068B6F0FECA | 07-02-2021 02:51:02 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 8 | Info Hash: C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D<br>File Hash: C3E645E8791B6FC72B8EA87A264B234AEF1523F9E8B8D6318D72E9DFE9594D45 | 06-28-2021 02:09:54 | Tushy | 08-04-2018 | 09-01-2018 | PA0002119573 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 846B05E2B96675A7BC351F8EBDDDCC4803764E6C<br>File Hash: 95812A21AE7EFD973AF7380CE9DB99CE1C25EEF7C88DD1A31C716D2D6F9E1E9D | 05-07-2021 13:25:57 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 10 | Info Hash: AEB6F92DB4A3C5749E39FA490B4961B83CA6F4C8<br>File Hash: E783211B71EC31FF4AEE3597F9810E383A31768713AB9F723D8252E168CFA71A | 05-07-2021 13:25:39 | Tushy | 04-16-2018 | 06-18-2018 | PA0002126681 |
| 11 | Info Hash: F15A3D34FF0FD051292EC25A6DBB3F574863F6E2<br>File Hash: 4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 04-24-2021 07:49:58 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 12 | Info Hash: 1258ABB7C5E64E5C8473CFA497399ABCDC52FD45<br>File Hash: 306F7C14871EB76CC7E5538313F8F5FB121FB4C43C33F02B8A053051EE60CA12 | 04-15-2021 22:40:11 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 13 | Info Hash: A336696E808574CA1ECCACA1E080D6993CE3E408<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-20-2021 21:47:34 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 14 | Info Hash: C4705CDBE06284FCCC4E7C0AFA85554E5CE10645<br>File Hash: 38CC20179FAA7E2EEEDD06E0F252EBF10C635BDF2F21540B6C96D0A18253BB10 | 03-15-2021 21:54:03 | Tushy | 04-06-2018 | 06-19-2018 | PA0002126674 |
| 15 | Info Hash: 43A8AB6E80956391E3943858A0B47E1FD106C7B3<br>File Hash: EAFDBDE4FE4569DB61BB6DA689D6BCF4048536B068DB2E7F9436198EC61D0413 | 03-15-2021 03:06:00 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 16 | Info Hash: 5EA1CEDFD4BE9576CDFC7164EC71A2854CBFE95B<br>File Hash: 19B7648336A0AB740B87093BD080CCAEC8B990B2083C3E21389D741846334EA5 | 03-02-2021 03:04:37 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 17 | Info Hash: BE713F5A98E2B6CA0B5E85A8E231872F027E093D<br>File Hash: C289565400FD8438CB4FE86A6D47B2899F5FA7489415044A5E170A5B283AD77C | 02-13-2021 03:43:29 | Vixen | 09-11-2017 | 09-15-2017 | PA0002052839 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 02-12-2021 13:50:17 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 19 | Info Hash: F9007BDB1432744206E0B50B8EDB45D91F06EA40<br>File Hash: 8C719060E8970E9E5D4B5985A785476BB6F8F9F82A612F3100654A398F3A139F | 02-12-2021 02:41:37 | Vixen | 08-02-2017 | 08-17-2017 | PA0002077667 |
| 20 | Info Hash: 258961E123E520633A96CDF11E8E6F60E233C816<br>File Hash: A116D3BED05F6DD226D58A71AFCD167970C507F1B10DCD4306EA08F55BFE4621 | 02-11-2021 00:21:53 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 21 | Info Hash: 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF<br>File Hash: D274816FB3367FFB6892371753BEC9925944B14E4B4BFCBB12086E4619D4C3CE | 02-08-2021 13:34:25 | Vixen | 07-18-2017 | 08-10-2017 | PA0002046875 |
| 22 | Info Hash: F1C42EEE6A5C0C66BE5312B87E57F3BB13D4FF14<br>File Hash: DD4796B449317DB7C5EA04F3FA3518700E17FCEB633AE40D0361FF3C98D3E178 | 02-08-2021 13:09:33 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |
| 23 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 02-08-2021 12:54:06 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 24 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 02-08-2021 12:54:05 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 25 | Info Hash: 06A699F04233A269B959CFBD8EF524A5BAE9D731<br>File Hash: B723692E9D6892949F879FCEA92B1FE19361ABB754D298EC37F2A99AE416B9BE | 02-08-2021 12:51:39 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 26 | Info Hash: D629C1BE08933BB60DF199F6F24E3812EA2C6C73<br>File Hash: B6A76B9FE28D9B34D14C72456A036267F1B7DC9B3588D3E3564E883B38BA8042 | 02-04-2021 15:42:49 | Blacked | 10-12-2017 | 10-19-2017 | PA0002058296 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 23F3281238E8C2B9F46A06DE03A1DD56C2FE4183<br>File Hash: F183EF0FD677D5E3B3A74E652AA19DA5A9D35A6F741282153C37E44C88A3A62C | 01-27-2021 00:37:31 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 28 | Info Hash: 7AD634DDF39D6C357029F9B8DA853344A9154CA3<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01-25-2021 22:47:43 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |